

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00079-CV

IN RE YOUNG B. CHON                                    RELATOR

----------

## ORIGINAL PROCEEDING
## TRIAL COURT NO. CCL-585-15-E

----------

## **MEMORANDUM OPINION**[1]

----------

We have considered the relator's petition for writ of mandamus and the real party in interest's response and have determined that all matters raised in the petition have been resolved in the trial court. Accordingly, we dismiss the relator's petition for writ of mandamus as moot.

PER CURIAM

PANEL: GABRIEL, KERR, and BIRDWELL, JJ.

DELIVERED: May 3, 2018

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).